

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00077-CR

Tyron Ramon **DUCKWORTH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR7499
Honorable Melisa Skinner, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED July 24, 2013.

Karen Angelini, Justice